UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT MOSLEY, JR., VINCENT MOSLEY, AND FELICIA MOSLEY, | § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | Civil Action No. 5:17-CV-583-XR |
| HENRY ETTA JOHNSON, AND SEAN MACAULEY #2899, | § § § § | |
| DEFENDANTS. | § § § | |

## DEFENDANT SEAN MACAULEY'S NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Defendant Sean MacAuley ("Officer MacAuley"), defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from United States District Judge Xavier Rodriguez's February 5, 2020 order denying Officer MacAuley's Motion for Summary Judgment based on qualified immunity.

Respectfully submitted,

JOE D. GONZALES
Bexar County Criminal District Attorney

By: /s/ Kristin K. Bloodworth
KRISTIN K. BLOODWORTH
SBN: 24095848
Assistant District Attorneys
101 W. Nueva – Civil Division
San Antonio, Texas 78205
(210) 335-2139 – Telephone
(210) 335-2773 – Fax
kristin.bloodworth@bexar.org
Attorney for Sean MacAuley

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. All parties were served via e-service unless otherwise noted below:

Brian McGiverin
1411 West Ave, Ste. 104
Austin, Texas 78701
brian@lawcenterofaustin.com
Phone: 512-3596-0226
Attorney for Plaintiffs
VIA E-FILING SERVICE

Ranjana Natarajan
University of Texas: School of Law
727 East Dean Keeton Street
Austin, Texas 78705
Phone: 512-232-7222
rnatarajan@law.utexas.edu
Attorney for Plaintiffs
VIA E-FILING SERVICE

Laura A. Cavaretta, Adriaan Jansse
Cavaretta, Katona & Leighner PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
cavarettal@ckl-lawyers.com
Phone: 210-588-2901
Attorney for Defendant Henrietta Johnson
VIA E-FILING SERVICE

/s/ Kristin K. Bloodworth
KRISTIN K. BLOODWORTH