# CASE NO. 20-50130

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

**ROBERT MOSLEY, JR; VINCENT MOSLEY; FELICIA MOSLEY,**

Plaintiff - Appellees

v.

**SEAN MACAULEY,**

Defendant – Appellant

_____

# APPELLANT'S UNOPPOSED MOTION FOR
# DISMISSAL OF APPEAL

_____

Pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1, Appellant Sean MacAuley files this unopposed motion to dismiss his appeal of the district court's order denying his Motion for Summary Judgment based on qualified immunity. The parties have entered into a mediated settlement agreement and a stipulation of dismissal has been filed in the district court. Attached as Exhibit A. Pursuant to that agreement, the parties hereby stipulate to the dismissal of this appeal and each party will bear their own costs.

## **CERTIFICATE OF CONFERENCE**

Counsel for the Appellees Robert Mosley, Jr, Vincent Mosley, and Felicia Mosley was contacted regarding the Appelles's position on MacAuley's motion. Appellee's counsel advised that there was no opposition to MacAuley's motion.

For the foregoing reasons, it is respectfully requested that this Court order that Appellant's appeal of the district courts order denying Officer MacAuley's Motion for Summary Judgement be dismissed.

    Respectfully submitted,

    JOE D. GONZALES
    Bexar County Criminal District Attorney

    By: /s/ Kristin K. Bloodworth
       KRISTIN K. BLOODWORTH
       SBN: 24095848
       Assistant District Attorneys
       101 W. Nueva – Civil Division
       San Antonio, Texas 78205
       (210) 335-2139 – Telephone
       (210) 335-2773 – Fax
       kristin.bloodworth@bexar.org
       ATTORNEY FOR APPELLANT

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation because the relevant portion of the motion contains 144 words of text. The motion complies with the typeface and typestyle requirements because it was prepared in a proportionally spaced typeface using Microsoft Office Word in 14 point Times New Roman font.

<u>March 11, 2020</u>                    /s/ Kristin K. Bloodworth
                                        KRISTIN K. BLOODWORTH


## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, I caused the foregoing Appellant's Unopposed Motion for Dismissal of Appeal to be electronically filed using the Court's CM/ECF system.  Counsel for the Appellees will be served with a copy of this motion through the Court's electronic filing system.

<u>March 11, 2020</u>                    /s/ Kristin K. Bloodworth
                                        KRISTIN K. BLOODWORTH
                                        ATTORNEY FOR APPELLANT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ROBERT MOSLEY, JR, VINCENT MOSLEY, AND FELICIA MOSLEY <br> Plaintiffs <br><br> V. <br><br> BEXAR COUNTY, HENRIETTA JOHNSON, AND SEAN MACAULEY #2899 <br> Defendants | § § § § § § § § § § § |

Cause No. 5:17-cv-583

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs, ROBERT MOSLEY, JR., VINCENT MOSLEY AND FELICIA MOSLEY and Defendants, BEXAR COUNTY, HENRIETTA JOHNSON, LVN, JOHN BENNETT, RN, AND SEAN MACAULEY, file this their Stipulation of Dismissal with Prejudice, wherein they stipulate to the dismissal, with prejudice, of all claims and causes of action asserted by either Plaintiffs and/or Defendants and further stipulate that all costs incurred in the case be assessed against the party incurring such costs. This Stipulation of Dismissal with Prejudice disposes of all claims asserted by and against any and all parties. Upon entry of this Stipulation, Sean MacAuley's attorneys will dismiss the interlocutory appeal of the denial of qualified immunity currently pending in the Fifth Circuit Court of Appeals.

Respectfully Submitted,


JOE D. GONZALES
Bexar County Criminal District Attorney

By: /s/ Kristin K. Bloodworth
KRISTIN K. BLOODWORTH

**EXHIBIT A**

SBN: 24095848
Assistant District Attorney
101 W. Nueva – Civil Division
San Antonio, Texas 78205
(210) 335-2139 – Telephone
(210) 335-2773 – Fax
kristin.bloodworth@bexar.org
Attorney for Sean MacAuley

/s/Laura A. Cavaretta
LAURA A. CAVARETTA
State Bar No. 04022820
CAVARETTA, KATONA & LEIGHNER PLLC
One Riverwalk Place
700 N. St. Mary's Street, Suite 1500
San Antonio, Texas 78205
cavarettal@ckl-lawyers.com


/s/Brian McGiverin
Brian McGiverin
Texas Bar No. 24067760
brian@lawcenterofaustin.com
DIETZ, LAWRENCE & MCGIVERIN
1411 West Ave
Austin, TX 78701
Telephone: (512) 387-0718
Fax: (512) 597-0805

Ranjana Natarajan
Texas Bar No. 24071013
THE UNIVERSITY OF TEXAS SCHOOL OF LAW CIVIL RIGHTS CLINIC
727 East Dean Keeton Street
Austin TX 78705
Tel: 512-232-7222
Email: rnatarajan@law.utexas.edu